UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:05-CR-97 (JARVIS/GUYTON) |
| BENJAMIN GARY, | ) ) | |
| Defendant. | ) ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the defendant 's Motion to Suppress Evidence [Doc. 31], filed on November 11, 2005. On November 28, 2005, the defendant entered a change of plea before District Judge James H. Jarvis. Accordingly, the defendant's suppression motion [**Doc. 31**] is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

　　　　s/ H. Bruce Guyton　　
United States Magistrate Judge